IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00493-MSK-KMT

BVM INCORPORATED, a Colorado Corporation,

    Plaintiff,

v.

BJ SERVICES COMPANY, d/b/a B J TUBULAR SERVICES, Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Amended Plaintiff's Motion to Adopt Confidentiality Agreement and Order, Unopposed" (#26, filed July 21, 2009) is GRANTED. The "Confidentiality Agreement and Order" attached to the motion (#26-2) will be filed.

Dated: July 24, 2009