IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00493-MSK-KMT

BVM INCORPORATED, a Colorado corporation,

      Plaintiff,

v.

BJ SERVICES COMPANY, d/b/a B J TUBULAR SERVICES, a Delaware corporation,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal **(#33)** filed November 23, 2009. The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**. All claims asserted against one another in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 24th day of November, 2009.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge